**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JORGE JAVIER LEON-BUELE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-825-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case.  On April 3, 2026, the Court granted in part

Jorge Javier Leon-Buele's Petition for Writ of Habeas Corpus and ordered Respondents to either

(1) provide him with a bond hearing before an immigration judge ("IJ"), at which the

Government was to bear the burden of justifying, by clear and convincing evidence of

dangerousness or flight risk, his continued detention; or (2) release him from custody, under

reasonable conditions of supervision.  Apr. 3, 2026, Order 3, ECF No. 5.

Respondents have now informed the Court that on April 8, 2026, an IJ ordered Leon-

Buele released on a $5,500.00 bond.  Status Report 1, ECF No. 6; *see id.* Ex. A ("IJ Order"),

ECF No. 6-1.  And that, as of April 9, Leon-Buele remained in custody.  Status Report.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No.

1; Apr. 3, 2026, Order.  Accordingly, **<u>the Clerk shall close the case.</u>**

SO ORDERED.

SIGNED this 15th day of April, 2026.

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE